103 So.2d 344

**Mike HICKS**

v.

**STATE.**

**7 Div. 519.**

Court of Appeals of Alabama.

May 27, 1958.

Loma B. Beaty, Fort Payne, for appellant.

John Patterson, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.